IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| PULASKI CHURCH OF GOD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 7:18-cv-00173-EKD |
| | : |
| BROTHERHOOD MUTUAL | : |
| INSURANCE COMPANY, *et al.*, | : |
| | : |
| Defendants. | : |

### **DISMISSAL ORDER**

This day came the plaintiff and the defendant, by counsel, and advised the Court that they have compromised and settled their differences. Whereupon, on their joint motion, it is accordingly

ORDERED, ADJUDGED, and DECREED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs.

Entered: March 6, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge

WE ASK FOR THIS:


/s/
Brian A. Cafritz, VSB# 34366
James L. Hoyle, VSB# 82238
KALBAUGH PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
Lee.Hoyle@kpmlaw.com
*Counsel for Brotherhood Mutual Insurance Co.*


WE ASK FOR THIS:


/s/
Kristopher R. Olin, VSB# 78890
Spicer, Olin & Associates, PC
504 South Main Street
Blacksburg, Virginia 24060
(540) 552-0007
(540) 951-5139 (fax)
kolin@spicerlawfirm.com
*Counsel for Plaintiff*

J. Carlos Canady, Esq.
CANADY LAW FIRM
5020 Montrose Boulevard, Suite 800
Houston, TX 77006
CCanady@canadylawfirm.com
*Counsel* pro hac vice *for Plaintiff*